UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Amber Marie Peace,                                      Case No. 3:25-cv-2147

        Plaintiff,

    v.                                                  ORDER AND
                                                        JUDGEMENT ENTRY

Commissioner of Social Security,

        Defendant.

On June 2, 2026, United States Magistrate Judge Jonathan D. Greenberg issued a Report and Recommendation ("R & R") recommending I affirm the Commissioner of Social Security's decision denying Plaintiff's applications for a Period of Disability ("POD"), Disability Insurance Benefits ("DIB"), and Supplemental Security Income ("SSI").  (Doc. No. 7).  In the R & R, he notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order.  *Berkshire v. Beauvais*, 928 F.3d 520, 530-31 (6th Cir. 2019).

(*Id.* at 18).

Because the objection deadline has passed and no objections have been filed, I consider the parties to have waived subsequent review of the R & R.  *See* Local R. 72.3(b).  Accordingly, I adopt Judge Greenberg's R & R in its entirety as the final Order of this Court.  The Commissioner's decision is affirmed, and this case is closed.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge